**FILED**

October 18, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:16-cr-00199-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| GLORIA HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gloria Harris</u>; Case <u>2:16-cr-00199-KJM</u> from

custody and for the following reasons:

        \_\_   Release on Personal Recognizance

        \_\_   Bail Posted in the Sum of _____

        <u>X</u>   Unsecured Appearance Bond in the amount of <u>$10,000.00</u>; co-signed

               by defendant's brother Reginald Owens

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond secured by Real Property

        \_\_   Corporate Surety Bail Bond

        <u>X</u>   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on \_\_\_\_\_<u>10/18/2016</u>\_\_\_\_\_ at _2:15 pm_ :

By _____

Kendall J. Newman
United States Magistrate Judge