1  Steven Plesser, State Bar No. 161615
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA 95825
3  Telephone:  (916) 444-9845
   Facsimile:  (916) 640-0027
4  Email:  splesser@rwslaw.com

5  Attorneys for Defendant
   GLORIA HARRIS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          Case No.:  2:16-CR-0199 GEB

12         Plaintiff,                 **ORDER**

13      vs.                           Judge: Hon. John A. Mendez

14  GLORIA HARRIS, et. al,

15         Defendant.

16
                                              /
17  _____

18

19              **FINDINGS and ORDER**

20

21      WHEREFORE: The Court finds Defendant's Sentencing Memorandum, filed

22  electronically on 10.19.21, contained private material which should have been redacted

23
    pursuant to Federal Rule of Criminal Procedure 49.1, and that the private material was
24
    contained in a four page handwritten letter signed by Kioni Dogan and attached as the last
25
26  four pages of Defendant's Sentencing Memorandum (i.e. pages 34-37 of said document,

27  further identified as Document #155 of the Court's electronic docket in this matter);

28
                                     1

   Harris, Gloria – PROPOSED ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court thus finds Defendant's Sentencing Memorandum, i.e. ECF document #155, should hereby be ordered sealed in its entirety, and to remain sealed. Access to the sealed Defendant's Sentencing Memorandum shall be permitted to attorneys employed by the United States Attorney's Office, Probation Officers employed by the United States Probation Office, and to any attorney representing Defendant Gloria Harris in this matter.

IT IS SO FOUND AND ORDERED this 22nd day of October, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

Harris, Gloria  -PROPOSED ORDER